# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **CHEYENNE LUKE PERCLE, JR.**<br>DOC # 495390 | **CIVIL ACTION NO. 2:17-CV-549** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **JAY PURDUE, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 38] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, an noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims for declaratory and injunctive relief are DENIED and DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 23rd day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE